UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEPHEN KENNEDY,

                      Plaintiff,         20 Civ. 6149 (LGS)

-against-                      ORDER

JAMES A. WELCOME et al.,

                      Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated October 2, 2020, permitted alternative service via email and first-class mail to Defendants' registered address (Dkt. No. 12).

WHEREAS, Plaintiff certified service of the Complaint on October 5, 2020 (Dkt. No. 13).

WHEREAS, the initial pre-trial conference in this case is scheduled for October 29, 2020.

WHEREAS, Defendants have not timely responded to the Complaint or participated with Plaintiff in the preparation of materials for the initial pre-trial conference (Dkt. No. 14).  It is hereby

**ORDERED** that the initial conference scheduled for October 29, 2020, at 10:30 a.m., is **cancelled**.  By **December 2, 2020**, Plaintiff shall file a Proposed Order to Show Cause for Default Judgment and supporting papers per the Individual Rules.  It is further

**ORDERED** that by **October 28, 2020**, Plaintiff shall serve a copy of this Order on Defendants and file proof of service.

Dated: October 27, 2020
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE