**RYDER • MAZZEO • KONIECZNY** LLC
INTELLECTUAL PROPERTY LAW

December 14, 2020

**VIA ECF**

The Honorable Lorna G. Schofield
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: *Kennedy v. Welcome, et al.*, No. 20-cv-06149-LGS

Dear Judge Schofield:

This firm represents defendants James A. Welcome and the Law Offices of James A. Welcome LLC. I write pursuant to the telephonic conference scheduled for the 17th day of December, 2020 at 10:30 am before Your Honor.

We consent to appearing in the conference in the manner ordered by Your Honor.

However, by this letter, we request a two-week continuance of the conference. We have only recently been retained in this matter and believe the additional time to focus on settlement may help us reach an amicable resolution of the case. As I just recently emailed opposing counsel about our continuance request, I will contact the Court tomorrow to advise if plaintiff consents.

This request is defendants' first request for adjournment or extension.

                                                Respectfully submitted,

                                                Ryder, Mazzeo & Konieczny LLC

                                                By: /FrankAMazzeo/
                                                Frank A. Mazzeo
                                                fmazzeo@rmkiplaw.com
                                                *Attorney for Defendants*

cc: Nate A. Kleinman, Esq., via ECF

The application is GRANTED. The default judgment hearing scheduled for December 17, 2020, is **adjourned** to **January 7, 2021, at 10:30 a.m.**, on the following conference call line: (888) 363-4749, access code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed by that time. By **December 17, 2020**, counsel for Defendants shall enter an appearance in this case. By **December 16, 2020**, counsel for Plaintiff shall serve a copy of this Order on Defendants and file proof of service.

SO ORDERED

Dated: December 15, 2020
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE