UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
STEPHEN KENNEDY,
                         Plaintiff,          20 Civ. 6149 (LGS)

          -against-                         ORDER

JAMES A. WELCOME, et al.,
                        Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, following submission of Defendants' motion to set aside default (Dkt. No. 35), the parties engaged in mediation in the Court-annexed Mediation Program, but did not resolve their dispute (Dkt. No. 39). It is hereby

      **ORDERED** that by **February 19, 2021**, Plaintiff shall file any opposition to Defendants' motion to set aside default in accordance with the Individual Rules. No reply shall be filed at this time.

Dated: February 4, 2021
       New York, New York

                                                 LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE